p. 1/2

18-CV-0680 — MOTION

# MEMO ENDORSED

Sean Jecen
75353067 JB
FMC Devens
PO Box 879
Ayer, MA 01432

October 26, 2019

Judge William Pauley III
United States District Court
500 Pearl St. - #1920
New York, NY - 10007

RE: 18-CV-0680
Jecen v. USA et al

Motion for Counsel

Dear Judge Pauley,

I am the pro se appellant in the above referenced matter.

I am making this motion for the Court to appoint counsel to respond to the defendants motions to dismiss. This is my first request for assistance.

Presently, I have had no success locating and communicating with potential counsel. I am currently incarcerated, and my ability to find and then communicate with potential attorneys is almost impossible for a civil matter.

Currently, in addition to fruitlessly searching for an attorney ~~[scribbled out]~~, I am preparing for an upcoming surgery which might impact the 12/1/19 response date. It should be noted, that despite months of effort, I have yet to make contact with a single lawyer because I cannot set up a legal call without first establishing contact with an attorney before the call.

I feel that a qualified attorney will help

18-CV-680

RAPIDLY EXPEDITE THE RESOLUTION OF MY CASE. AS PREVIOUSLY ESTABLISHED, I WOULD PREFER TO SETTLE THIS CLAIM, BUT SOME DEFENDANTS ARE DISALLOWED FROM CONTACTING ME BECAUSE OF MY PRO SE STATUS.

RESPECTFULLY SUBMITTED,

SEAN JECEN
PLAINTIFF

**Application denied at this time. The Clerk of Court is directed to mail a copy of this Order to Plaintiff.**

Dated: November 14, 2019
New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.