**MEMO ENDORSED**

Sean Jelen
75353067 JB
FMC Devens
PO Box 879
Ayer, MA 01432

November 26, 2019
Judge William Pauley III
United States District Court
500 Pearl St. - Rm. # 1920
New York, New York 10007

Re: 18-CV-680

## Motion to Strike

1 - I am the Plaintiff, pro-se, in the above referenced matter.

2 - I am making this motion to strike all arguments made on behalf of Defendants Kamrowski, Brown, Santos and Greco, in their personal capacities, from the United States' Motion to Dismiss because the United States Attorney is not their legal counsel.

3 - Kamrowski, Brown, Santos and Greco are, therefore pro-se in their personal capacities, and having not submitted a timely motion to dismiss, is not entitled to the arguments made by the United States Attorney.

4 - Early in this case, A.U.S.A. Berman notified this Court and I, in writing, that the Department of Justice had not appointed counsel for the Deputy U.S. Marshals, in their personal capacities. The DUSM's have made no indication, in almost two years, whom they are legally represented by.

18-CV-680

5- THE UNITED STATES ATTORNEY HAS NOT SUBMITTED ANY FURTHER EVIDENCE THAT THE U.S. DEPARTMENT OF JUSTICE IS PERMITTING THAT PAYER DOLLARS TO BE USED TO DEFEND THE D-USA'S IN THEIR PERSONAL CAPACITIES.

6- I REQUEST AN ORDER STRIKING THE PARTS OF AUSA GORMAN'S MOTION TO STRIKE THAT PERTAIN TO DEFENDANT KAMINSKI, BROWN, STATUS AND GRECO IN THEIR PERSONAL CAPACITIES, WITH PREJUDICE; ALONG WITH ANY OTHER RELIEF THAT IS APPROPRIATE.

Respectfully,

SEAN JECEN
PLAINTIFF

**Plaintiff's Motion to Strike is denied. The Clerk of Court is directed to terminate the motion pending at ECF No. 93. The Clerk of Court is also directed to mail a copy of this Order to Plaintiff.**

Dated: December 9, 2019
New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.