**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

SEAN JELEN,

                Plaintiff,

        -against-                           18 **CIVIL** 680 (WHP)

                                                **JUDGMENT**

UNITED STATES MARSHALS SERVICE,
et al.,

                Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 30, 2020, Defendants' motions to

dismiss are granted; This Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from

the Opinion and Order would not be taken in good faith; accordingly, this case is closed.


**Dated:**  New York, New York
         March 31, 2020



                                         **RUBY J. KRAJICK**
                                 _____
                                        **Clerk of Court**
**BY:**
                                   _____
                                          **Deputy Clerk**